```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  ROMMEL SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-201 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ROMMEL SANTOS, | ) Date: July 15, 2005 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

_____

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant ROMMEL SANTOS, as follows:

It is agreed that the current Status Conference date of June 24, 2005 be vacated, and that a new Status Conference date of July 15, 2005 at 9:00 a.m. be set.  It is further agreed that time from the date of this stipulation to and including July 15, 2005, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

1    The continuance is requested because the parties continue to work
2  towards a resolution of the case and defense counsel needs additional
3  time to conduct further investigation.
4  Dated: June 24, 2005
5                                              Respectfully submitted,
6                                              QUIN DENVIR
                                                Federal Defender
7

8
                                                _/S/ Linda Harter_____
9                                               LINDA HARTER
                                                Assistant Federal Defender
10                                              Attorney for Defendant
                                                ROMMEL SANTOS
11

12                                              MCGREGOR W. SCOTT
                                                United States Attorney
13

14  Dated:_____         By:__/s/ Ellen Endrizzi _____
                                         ELLEN ENDRIZZI
15                                       Assistant U.S. Attorney

16

17

18                                  **ORDER**

19

20    Based on the stipulation of the parties, the Court finds that failure to
21  grant a continuance would deny counsel for the defendant reasonable time
22  necessary for effective preparation taking into account due diligence.  The
23  Court finds that the ends of justice are best served by granting this
24  continuance and that those interests outweigh the interests of the public and
25  the defendant in a speedy trial.  Time is therefore excluded pursuant to 18
26  ///
27  ///
28  ///

2

U.S.C. § 3161 (h)(8)(A)and (B)(iv) and Local Code T4 from May 13, 2005 up to the date of the Status Conference of July 15, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 24, 2005

                                          /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

3