QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROMMEL SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-201 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ROMMEL SANTOS, | ) | Date: September 30, 2005 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

_____

It is hereby stipulated between the parties, Ellen Endrizzi, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant ROMMEL SANTOS, as follows:

It is agreed that the current Status Conference date of September 23, 2005 be vacated, and that a new Status Conference date of September 30, 2005 at 9:00 a.m. be set.  It is further agreed that time from the date of this stipulation to and including September 30, 2005, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

1   The continuance is requested because defense counsel has received
2 the plea offer and needs additional time to review the agreement with
3 the client.  Additionally, defense counsel will be out of state on
4 September 23, 2005.
5 Dated: September 22, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        _/S/ Linda Harter_____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROMMEL SANTOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney


Dated:_____            By:__/s/ Ellen Endrizzi  _____
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney


Stipulation and order\Santos, Rommel (Cr-S-05-201)

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence. The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv) and Local Code T4 from September 8, 2005 up to the date of the Status Conference of September 23, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  September 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge