```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  ROMMEL SANTOS

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,      ) No. CR-S-05-201 GEB
                                   )
11            Plaintiff,           )    AMENDED
                                   ) STIPULATION AND ORDER
12       v.                        )
                                   )
13  ROMMEL SANTOS,                 ) Date: February 24, 2006
                                   ) Time: 9:00 A.M.
14                                 )
                                   ) Judge: Hon. Garland E. Burrell
15            Defendant.           )

16  _____
```

17      It is hereby stipulated between the parties, Ellen Endrizzi, Assistant

18  United States Attorney, attorney for Plaintiff, and Linda Harter, attorney

19  for defendant ROMMEL SANTOS, as follows:

20      It is agreed that the current Status Conference date of February 17,

21  2006 be vacated, and that a new Status Conference date of February 24, 2006

22  at 9:00 a.m. be set.  It is further agreed that time from the date of this

23  stipulation to and including February 24, 2006, is excluded from computation

24  of time within which the trial of this matter must be commenced pursuant to

25  U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

26  ///

27  ///

28  ///

1 | The continuance is requested to accommodate defense counsel's
2 | calendar.
3 | Dated: February 15, 2006
4 | Respectfully submitted,
5 | DANIEL BRODERICK
6 | Acting Federal Defender
7 |
8 | /S/ Linda Harter
   | LINDA HARTER
   | Chief Assistant Federal Defender
9 | Attorney for Defendant
   | ROMMEL SANTOS
10 |
11 | MCGREGOR W. SCOTT
   | United States Attorney
12 |
13 | Dated:  February 15, 2006      y: /s/ Ellen Endrizzi
   | ELLEN ENDRIZZI
14 | Assistant U.S. Attorney

Stipulation and order\Santos, Rommel (Cr-S-05-201)

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence. The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv) and Local Code T4 from February 17, 2006 up to the date of the Status Conference of February 24, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 21, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and order\Santos, Rommel (Cr-S-05-201)

3