**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

**JEFFERY ROSENBLUM**
Attorney at Law - SBN 131206
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814

Attorneys for Defendant: **KEVIN EISERT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**KEVIN EISERT,**<br>　　　　　　Defendant, | Crim. S-05-201 GEB<br><br>**STIPULATION AND ORDER THEREON** |

　　It is hereby stipulated between counsel for the government and the defendant that the presently-scheduled date for voluntary surrender may be continued from March 17, 2006 to April 7, 2006. This request is made to permit the Bureau of Prison to reconsider defendant's place of confinement. It is agreed between the two parties that a placement near his seriously ill daughter.

Dated: March 16, 2006　　　　　　　　　　　　Dated: March 16, 2006

/s/ Steven D. Bauer　　　　　　　　　　　　　　/s/ Ellen V. Endrizzi

**STEVEN D. BAUER**　　　　　　　　　　　　**ELLEN V. ENDRIZZI**
Attorney at Law　　　　　　　　　　　　　　　Assistant United States Attorney
(Order on Following Page)

1. For Good Cause Appearing
2. **IT IS SO ORDERED**
3. Dated:  March 17, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```
.