McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 05-201 GEB |
| ) | |
| Plaintiff, ) | **MOTION FOR LEAVE TO FILE** |
| ) | **SUPPLEMENTAL SENTENCING** |
| v. ) | **LETTER BRIEF AND [PROPOSED]** |
| ) | **ORDER** |
| ROMMEL SANTOS, ) | |
| ) | DATE: May 5, 2006 |
| Defendant. ) | TIME: 1:30 p.m. |
| ) | Hon. Garland E. Burrell, Jr. |

The United States, by and through its undersigned attorneys, hereby moves for leave of court to file the attached supplemental letter brief in the above-captioned case. An evidentiary hearing is scheduled for May 5, 2006, at 1:30 p.m. The parties briefed this matter in early January 2006. Since that time, the United States Court of Appeals for the Ninth Circuit has issued an opinion relevant to evidentiary issues that may be raised during the hearing. In addition, the United States has summarized the

///
///
///
///

1

pertinent legal issues to be presented to the Court at the hearing.

DATED: May 2, 2006

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                        By: <u>/s/ Ellen V. Endrizzi</u>

                              ELLEN V. ENDRIZZI
                              Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that leave of court to file the supplemental letter brief of the United States is GRANTED.

Dated: May 10, 2006

                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge