Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Rommel SANTOS |
| **Docket Number:** | 2:05CR00201-01 |
| **Offender Address:** | Reno, Nevada |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District  Judge<br>Sacramento, California |
| **Original Sentence Date:** | 07/07/2006 |
| **Original Offense:** | 18 USC 371, 513(a), 1028(a)(7), 1708 - Conspiracy to Possess and Utter Forged Securities, Commit Identity Theft, and Possess Stolen Mail (CLASS D FELONY); 18 USC 1708 - Possess Stolen Mail (CLASS C FELONY); 18 USC 513(a) - Possess and Utterance of a Forged Security (CLASS C FELONY) |
| **Original Sentence:** | 77 months Bureau of Prisons; 36 months supervised release; $300 Special Assessment; $7,500 Fine |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose of assets; 3) Financial disclosure; 4) No new credit; 5) Substance abuse treatment; 6) Substance abuse testing; 7) Co-payment for treatment; 8) Computer examination and monitoring; 9) DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/09/2011 |
| **Assistant U.S. Attorney:** | Ellen Endrizzi | **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter | **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:    SANTOS, Rommel
       Docket Number:  2:05CR000201-01
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> 10)    You shall complete 40 hours of community service, as approved and directed
>        by the probation officer.

**Justification:**  On  July 6, 2006, the offender was sentenced to 77 months custody, followed by 36 months supervised release following his plea of guilty to Conspiracy to Possess and Utter Forged Securities, Commit Identity Theft, and Possess Stolen Mail, Possess Stolen Mail, and  Possess and Utterance of a Forged Security.  His supervised release commenced on February 9, 2011, in Reno, Nevada, where he is under the supervision of the District of Nevada.

On September 10, 2010, as an inmate at GeoCare Residential Re-Entry Center in Oakland, California, the offender was caught by staff engaged in a sexual act with female inmate, Melissa Altieri (Reg. No.  56960-083).  Both inmates were returned to closer custody and lost Good Conduct time.  The undersigned officer currently supervises Ms. Altieri.

On June 23, 2011, during an unscheduled visit with Ms. Altieri, it was discovered the offender and Ms. Altieri were maintaining unauthorized associations.  Her cellular telephone contained hundreds of telephone calls, text messages, and emails, as well as numerous sexually explicit images of the two offenders together.  Additionally, it was determined Ms. Altieri traveled out of the Eastern District of California to Reno, Nevada on at least one occasion to visit the offender.  Three letters addressed to Ms. Altieri from Mr. Santos were also discovered in her residence.

On June 23, 2011, the offender's District of Nevada Probation Officer was apprised of the two offender's history and recently discovered association.  She advised she was unaware of the association and would confront Mr. Santos.  It was further agreed the two offenders would not be allowed to associate, as both clearly were aware it was a violation of supervised release for them to

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:     **SANTOS, Rommel**
        **Docket Number:  2:05CR000201-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

do so without prior approval.  Prior to the Nevada probation officer confronting the offender, he contacted her to admit he had been associating with Ms. Altieri.  Further, the offender stated he would cease all contact as he realized he would lose his job and his children.

Subsequent contact with the offender has revealed no further contact with Ms. Altieri.  On July 15, 2011, he voluntarily signed a Waiver of Hearing (Prob 49), agreeing to add 40 hours of community service for his violation conduct.

Based on the above, it is recommended the community service condition be added as this is his first violation and the offender appears sincere in his efforts to cease contact with Ms. Altieri.

Respectfully submitted,

/s/ Philip Y. Mizutani

**PHILIP Y. MIZUTANI**
**United States Probation Officer**
Telephone:  (916) 930-4309

DATED:      October 21, 2011
            Sacramento, California
            PYM/sg

REVIEWED BY:     **/s/ Michael A. Sipe**
                 **MICHAEL A. SIPE**
                 **Supervising United States Probation Officer**

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **SANTOS, Rommel**
      **Docket Number:  2:05CR000201-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

---

**THE COURT ORDERS:**


(X)    Modification approved as recommended.


(  )    Modification not approved at this time.  Probation Officer to contact Court.


(  )    Other:

Dated:  October 24, 2011


_____
GARLAND E. BURRELL, JR.
United States District Judge



cc:   United States Probation
      Ellen Endrizzi, Assistant United States Attorney
      Linda C. Harter, Assistant Federal Defender
      Defendant
      Court File

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG